Form18-1

**Form 18**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Borusan Mannesmann Boru Sanayi ve Ticaret A.S.<br><br>                              Plaintiff,<br><br>       v.<br><br>United States<br><br>                              Defendant. | Court No. 14-00009<br>[and Attached Schedule] |

**NOTIFICATION OF TERMINATION OF ACCESS
TO BUSINESS PROPRIETARY INFORMATION
PURSUANT TO RULE 73.2(c)**

__Julie C. Mendoza_____ declares that (check one)

1)  TERMINATION BY AN INDIVIDUAL

☐   I am an attorney/consultant representing or retained on behalf of_____
_____ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule].  I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s].  I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____          _____
[Name of proceeding]                              [Case or investigation no.]

OR

Form18-2

2)    TERMINATION BY A FIRM

[✓]   I am an attorney representing <u>Borusan Mannesmann Boru Sanayi ve Ticaret A.S.</u> in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____     _____
[Name of proceeding]     [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

/s/ Julie C. Mendoza
[Attorney or consultant]
1401 Eye Street NW, Suite 600
Washington, DC 20005
(202) 216-4817
[Address and Telephone Number]

Date: 07/24/2023

Form18-3

## Schedule to Notification of Termination of Access to Business Proprietary Information

| Court Number(s) | Case Name | Party or Parties Represented |
|---|---|---|
| 14-00036 | United States Steel Corporation v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. |
| 14-00214 | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. et al v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. & Borusan Istikbal Ticaret |
| 14-00229 | Maverick Tube Corporation v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. & Borusan Istikbal Ticaret |
| 14-00240 | United States Steel Corporation v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. & Borusan Istikbal Ticaret |
| 14-00244 | Maverick Tube Corporation v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. & Borusan Istikbal Ticaret |
| 14-00262 | United States Steel Corporation v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. & Borusan Istikbal Ticaret |
| 19-00056 | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. |
| 19-00080 | American Cast Iron Pipe Company et al v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. |
| 19-00084 | American Cast Iron Pipe Company et al v. United States | Borusan Mannesmann Boru Sanayi ve Ticaret A.S. |

(As amended, Jan. 25, 2000, eff. May 1, 2000; Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 7, 2010, eff. Jan. 1, 2011; Feb. 6, 2013, eff. Mar. 1, 2013.)